UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**VANESSA H. TAYLOR, Personal Representative of the Estate of Joseph A. Savage, deceased,**

    Plaintiff,

v.                                      Civil Action No. 2:19-cv-00770

**SETHMAR TRANSPORTATION, INC., SUNSHINE MILLS, INC., FREIGHT MOVERS, INC., Z BROTHERS LOGISTICS, LLC, and ALISHER MANSUROV,**

    Defendants.

## ORDER

Pending is defendant Sunshine Mills, Inc.'s motion to dismiss the amended complaint, filed March 20, 2020.

On May 6, 2020, Sunshine Mills, Inc. ("SMI") filed a notice of withdrawal of its motion to dismiss the amended complaint and accompanying memorandum of law in support thereof. That same day, plaintiff and SMI filed a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The stipulation provides that SMI is voluntarily dismissed with prejudice and that SMI dismisses with prejudice any claims or crossclaims which were or could have been asserted in this action against the remaining defendants.

Accordingly, the court ORDERS that SMI's motion to dismiss the amended complaint be, and it hereby is, dismissed from the court's docket, and that SMI be, and it hereby is, dismissed from this action.

The Clerk is directed to forward copies of this order to all counsel of record and to any unrepresented parties.

ENTER: May 7, 2020

John T. Copenhaver, Jr.
Senior United States District Judge